**IT IS ORDERED as set forth below:**



Date: October 4, 2017

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LIONEL AUGUSTUS JAMES, | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 17-64090-LRC |

---

| | | |
|---|---|---|
| CF REAL ESTATE SERVICES, LLC | ) | |
| A/A/F RESERVE AT TWIN OAKS APTS., | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| LIONEL AUGUSTUS JAMES, Debtor, | ) | |
| WILLIAM J. LAYNG, JR., Chapter 7 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER MODIFYING STAY**

CF Real Estate Service, LLC a/a/f Reserve at Twin Oaks Apartments, for itself, its successors and assigns, servicers, agents and attorneys ("Movant") filed a *Motion for Relief from the Automatic Stay of 11 U.S.C. § 362* (Doc. No. 17) (the "Motion"). Movant contends that it is

the Lessor of the premises located at 2506 The Oaks, Clarkston, Georgia 30021 (the "Property"). The Motion was scheduled for hearing on October 3, 2017, upon Notice of Assignment of Hearing, which Movant contends it served on all parties in interest.  Movant represents that Debtor has failed to cure the pre-petition arrearage and failed to pay the post-petition rent when due.  The Court having considered the arguments of Debtor and Movant's Counsel at the contested hearing, it is hereby

**ORDERED** that the Motion is *granted:* the Debtor's lease with Movant for the Property is rejected, and the automatic stay of 11 U.S.C. § 362 is modified to the extent necessary for Movant to commence and complete dispossessory proceedings against Debtor pursuant to applicable state law and to assert any and all of its respective rights under applicable state law as to the Property.

**IT IS FURTHER ORDERED** that the 14-day stay of Bankruptcy Rule 4001(a)(3) shall <u>not</u> be waived.

[END OF DOCUMENT]

**Order Presented By:**

/s/ Justin D. Kreindel
**Justin D. Kreindel**
Georgia State Bar No. 550128
2970 Clairmont Road, Suite 220
Atlanta, GA 30329
(404) 633-5114
jkreindel@apartmentlaw.com
Attorney for Movant

**DISTRIBUTION LIST**

> William J. Layng, Jr.
> William J. Layng, Jr., PC
> Suite 3477
> 2451 Cumberland Parkway
> Atlanta, GA 30339-6157

Lionel Augustus James
2506 The Oaks
Clarkston, GA 30021

L:\2MIKE\BANKRUPT\Contested Hearing Orders\Reserve at Twin Oaks - Lionel James - Order Lifting Stay.docx